

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 10CR3767-JAH |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| JOSE ENRIQUE GARCIA-ESPINOZA, | |
| Defendant. | |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_   the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_   a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) of the Information and Superseding Information.

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANUARY 25, 2011

                                                  CATHY ANN BENCIVENGO
                                                  UNITED STATES MAGISTRATE JUDGE